**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERONIMO RODRIGUEZ, et al., | Case No.   CV-15-5029-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| CITY OF LOS ANGELES, et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **July 28, 2016** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the remaining defendants in this action for lack of prosecution. This action is now DISMISSED in its entirety.

Dated: July 29, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE